## United States Bankruptcy Court
### Northern District of Georgia

In re  **Ifeffrey Booker**                                                                          Case No.
                                    Debtor(s)                                                       Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Ifeffrey Booker**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **May  5, 2015**                                      Signature  **/s/ Ifeffrey Booker**
                                                                      **Ifeffrey Booker**
                                                                      Debtor

| EARNINGS STATEMENT | | CLAYTON COUNTY PUBLIC SCHOOLS JONESBORO, GEORGIA | | | | DIRECT DEPOSIT VOUCHER | 48 |
|---|---|---|---|---|---|---|---|
| DEPOSIT DATE | EMPLOYEE NAME | PAY ENDING | ATTEND. ENDING | EMPLOYEE ID | DISTRIB. | LOC. | CONTROL NO. |
| 11/21/14 | Booker Ijeffery | 11/30/14 | 11/07/14 | 11397 | HOME | SUB | 764736 |

| EARNINGS | AMOUNT | YEAR-TO-DATE | DEDUCTIONS | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| | | | STATE TAX | .64 | 39.22 |
| | | | FICA | 45.26 | 386.14 |
| REG SUBSTITUTE | 730.00 | | MEDICARE | 10.59 | 90.30 |
| **GROSS EARNINGS** | 730.00 | 6,228.00 | **TOTAL DEDUCTIONS** | 56.49 | 515.66 |
| **NET PAY** | 673.51 | 5,712.34 | | | |

| ANNUAL LEAVE REPORT - DAYS/HOURS | | | | SICK LEAVE REPORT - DAYS/HOURS | | | | YTD GROSS / FILING STATUS FOR TAX PURPOSES | |
|---|---|---|---|---|---|---|---|---|---|
| D .00 H .00 REG. BAL | D .00 H .00 EARNED | D .00 H .00 USED | D .00 H .00 END. BAL | D .00 H .00 REG. BAL | D .00 H .00 EARNED | D .00 H .00 USED | D .00 H .00 END. BAL | 6,228.00 S 06 FEDERAL | 6,228.00 U 01/01 STATE |



**CLAYTON COUNTY PUBLIC SCHOOLS**
JONESBORO, GEORGIA

| DEPOSITED TO |
|---|
| WELLS FARGO |

CONTROL NO. 764736

| DISTRIB. | LOC. | DEPOSIT DATE |
|---|---|---|
| HOME | SUB | 11/21/14 |

**DEPOSITED** ************** SIX HUNDRED SEVENTY THREE DOLLARS & 51 CENTS      ******673.51

TO THE ORDER OF   Ijeffery  Booker

**NOT A CHECK**

**DEPOSIT ADVICE ONLY**

| EARNINGS STATEMENT | | CLAYTON COUNTY PUBLIC SCHOOLS JONESBORO, GEORGIA | | | | DIRECT DEPOSIT VOUCHER 42 | |
|---|---|---|---|---|---|---|---|
| DEPOSIT DATE | EMPLOYEE NAME | PAY ENDING | ATTEND. ENDING | EMPLOYEE ID | DISTRIB. | LOC. | CONTROL NO. |
| 3/31/15 | Booker Ijeffery | 3/31/15 | 3/13/15 | 11397 | HOME | SUB | 789382 |

| EARNINGS | AMOUNT | YEAR-TO-DATE | DEDUCTIONS | AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| | | | FICA | 9.05 | 54.31 |
| | | | MEDICARE | 2.12 | 12.71 |
| REG SUBSTITUTE | 146.00 | | | | |
| **GROSS EARNINGS** | 146.00 | 876.00 | **TOTAL DEDUCTIONS** | 11.17 | 67.02 |
| **NET PAY** | 134.83 | 808.98 | | | |

| ANNUAL LEAVE REPORT - DAYS/HOURS | | | | SICK LEAVE REPORT - DAYS/HOURS | | | | YTD GROSS / FILING STATUS FOR TAX PURPOSES | |
|---|---|---|---|---|---|---|---|---|---|
| D .00 H .00 REG BAL | D .00 H .00 EARNED | D .00 H .00 USED | D .00 H .00 END BAL | D .00 H .00 REG BAL | D .00 H .00 EARNED | D .00 H .00 USED | D .00 H .00 END BAL | 876.00 S 06 FEDERAL | 876.00 U 01/01 STATE |



**CLAYTON COUNTY PUBLIC SCHOOLS**
JONESBORO, GEORGIA

CONTROL NO. 789382

| DEPOSITED TO |
|---|
| WELLS FARGO |

| DISTRIB. | LOC. | DEPOSIT DATE |
|---|---|---|
| HOME | SUB | 3/31/15 |

**DEPOSITED** *************** ONE HUNDRED THIRTY FOUR DOLLARS & 83 CENTS

******134.83

TO THE ORDER OF  Ijeffery Booker

**NOT A CHECK**

**DEPOSIT ADVICE ONLY**

| EARNINGS STATEMENT | | | CLAYTON COUNTY PUBLIC SCHOOLS JONESBORO, GEORGIA | | | | DIRECT DEPOSIT VOUCHER 47 | |
|---|---|---|---|---|---|---|---|---|
| DEPOSIT DATE | EMPLOYEE NAME | | PAY ENDING | ATTEND. ENDING | EMPLOYEE ID | DISTRIB. | LOC. | CONTROL NO. |
| 4/30/15 | Booker Ijeffery | | 4/30/15 | 4/15/15 | 11397 | HOME | SUB | 795642 |
| EARNINGS | | AMOUNT | YEAR-TO-DATE | DEDUCTIONS | | AMOUNT | | YEAR-TO-DATE |
| | | | | FICA | | 4.53 | | 58.84 |
| | | | | MEDICARE | | 1.06 | | 13.77 |
| REG SUBSTITUTE | | 73.00 | | | | | | |
| GROSS EARNINGS | | 73.00 | 949.00 | TOTAL DEDUCTIONS | | 5.59 | | 72.61 |
| NET PAY | | 67.41 | 876.39 | | | | | |

| ANNUAL LEAVE REPORT - DAYS/HOURS | | | | SICK LEAVE REPORT - DAYS/HOURS | | | | YTD GROSS / FILING STATUS FOR TAX PURPOSES | |
|---|---|---|---|---|---|---|---|---|---|
| D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | 949.00  S  06 | 949.00  U 01/01 |
| BEG. BAL. | EARNED | USED | END. BAL. | BEG. BAL. | EARNED | USED | END. BAL. | FEDERAL | STATE |



**CLAYTON COUNTY PUBLIC SCHOOLS**
JONESBORO, GEORGIA

| DEPOSITED TO |
|---|
| WELLS FARGO |

CONTROL NO. **795642**

| DISTRIB. | LOC. | DEPOSIT DATE |
|---|---|---|
| HOME | SUB | 4/30/15 |

DEPOSITED **************************** SIXTY SEVEN DOLLARS & 41 CENTS          *******67.41

TO THE ORDER OF    Ijeffery Booker

**NOT A CHECK**

**DEPOSIT ADVICE ONLY**

| EARNINGS STATEMENT | | | CLAYTON COUNTY PUBLIC SCHOOLS JONESBORO, GEORGIA | | | | DIRECT DEPOSIT VOUCHER 44 |
|---|---|---|---|---|---|---|---|
| DEPOSIT DATE | EMPLOYEE NAME | | PAY ENDING | ATTEND. ENDING | EMPLOYEE ID | DISTRIB. \| LOC. | CONTROL NO. |
| 2/27/15 | Booker Ijeffery | | 2/28/15 | 2/10/15 | 11397 | HOME \| SUB | 783150 |
| EARNINGS | AMOUNT | YEAR-TO-DATE | DEDUCTIONS | | | AMOUNT | YEAR-TO-DATE |
| | | | FICA | | | 4.53 | 45.26 |
| | | | MEDICARE | | | 1.06 | 10.59 |
| REG SUBSTITUTE | 73.00 | | | | | | |
| GROSS EARNINGS | 73.00 | 730.00 | TOTAL DEDUCTIONS | | | 5.59 | 55.85 |
| NET PAY | 67.41 | 674.15 | | | | | |

ANNUAL LEAVE REPORT - DAYS/HOURS

| D | .00 | D | .00 | D | .00 | D | .00 |
|---|---|---|---|---|---|---|---|
| H | .00 | H | .00 | H | .00 | H | .00 |
| BEG BAL | | EARNED | | USED | | END BAL | |

SICK LEAVE REPORT - DAYS/HOURS

| D | .00 | D | .00 | D | .00 | D | .00 |
|---|---|---|---|---|---|---|---|
| H | .00 | H | .00 | H | .00 | H | .00 |
| BEG BAL | | EARNED | | USED | | END BAL | |

YTD GROSS / FILING STATUS FOR TAX PURPOSES

| 730.00 S 06 | 730.00 U 01/01 |
|---|---|
| FEDERAL | STATE |



**CLAYTON COUNTY PUBLIC SCHOOLS**
JONESBORO, GEORGIA

CONTROL NO. **783150**

| DEPOSITED TO |
|---|
| WELLS FARGO |

| DISTRIB. | LOC. | DEPOSIT DATE |
|---|---|---|
| HOME | SUB | 2/27/15 |

**DEPOSITED** ************************ SIXTY SEVEN DOLLARS & 41 CENTS       ******67.41

TO THE ORDER OF  Ijeffery Booker

**NOT A CHECK**

**DEPOSIT ADVICE ONLY**

| EARNINGS STATEMENT | | | CLAYTON COUNTY PUBLIC SCHOOLS JONESBORO, GEORGIA | | | DIRECT DEPOSIT VOUCHER 49 | |
|---|---|---|---|---|---|---|---|
| DEPOSIT DATE | EMPLOYEE NAME | | PAY ENDING | ATTEND. ENDING | EMPLOYEE ID | DISTRIB. LOC. | CONTROL NO. |
| 3/31/14 | Booker Ijeffery | | 3/31/14 | 3/14/14 | 11397 | HOME SUB | 717372 |
| EARNINGS | AMOUNT | YEAR-TO-DATE | DEDUCTIONS | | | AMOUNT | YEAR-TO-DATE |
|  |  |  | STATE TAX | | | 11.19 | 12.15 |
|  |  |  | FICA | | | 70.31 | 153.57 |
| LT SUB PAY PAYROL | 1,134.00 |  | MEDICARE | | | 16.44 | 35.91 |
| **GROSS EARNINGS** | 1,134.00 | 2,477.00 | **TOTAL DEDUCTIONS** | | | 97.94 | 201.63 |
| **NET PAY** | 1,036.06 | 2,275.37 | | | | | |

| ANNUAL LEAVE REPORT - DAYS/HOURS | | | | SICK LEAVE REPORT - DAYS/HOURS | | | | YTD GROSS / FILING STATUS FOR TAX PURPOSES | |
|---|---|---|---|---|---|---|---|---|---|
| BEG. BAL | EARNED | USED | END BAL | BEG BAL | EARNED | USED | END BAL | FEDERAL | STATE |
| D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | D .00 H .00 | 2,477.00 S 06 | 2,477.00 U 01/01 |



**CLAYTON COUNTY PUBLIC SCHOOLS**
JONESBORO, GEORGIA

CONTROL NO. 717372

| DEPOSITED TO |
|---|
| WELLS FARGO |

| DISTRIB. | LOC. | DEPOSIT DATE |
|---|---|---|
| HOME | SUB | 3/31/14 |

**DEPOSITED** **************** ONE THOUSAND THIRTY SIX DOLLARS & 06 CENTS       ****1,036.06

TO THE ORDER OF   Ijeffery Booker

**NOT A CHECK**

**DEPOSIT ADVICE ONLY**

```
I JEFFREY BOOKER                    Child Development School     PAY DATE    04-17-2015
CDS0112960518                       1501-D Thirteenth St         BEGIN DATE  03-29-2015
                                    Columbus      GA 31901       END DATE    04-11-2015
Rate      8.5000                                                 CONTROL NO. 000004051
```

| | RATE | CURRENT HOURS | CURRENT EARNINGS | YTD EARNINGS | | CURRENT DEDUCTIONS | YTD DEDUCTIONS |
|---|---|---|---|---|---|---|---|
| Regular | 8.5000 | 35.53 | 302.01 | 2855.88 | PRE TAX DEDUCTIONS | | |
| Holiday | | | | 153.68 | | | |
| Training | | | | 8.50 | | | |

**TAXES**

| | CURRENT | YTD |
|---|---|---|
| EEMedicr | 4.38 | 43.76 |
| EESocSec | 18.72 | 187.12 |
| Fed Tax | | 10.77 |
| GA State | | .56 |

**AFTER TAX DEDUCTIONS**

**TAX INFORMATION**

W-4 Tax Status: S
Federal Exempt: 02
Additional Amt:
State Tax ID: GA
State Exempt: 02
State Amount:

**DIRECT DEPOSIT INFORMATION**

NetChecking XXXX4749

**MISC INFORMATION**

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 302.01 | | 23.10 | | 278.91 |
| YTD | 3018.06 | | 242.21 | | 2775.85 |

```
Child Development School                                                000004051
1501-D Thirteenth St
Columbus      GA 31901


CDS01251 BOOKER I JEFFREY          Date: 04-17-2015              $278.91

                                   TWO HUNDRED SEVENTY-EIGHT DOLLARS AND NINETY-ONE CENTS

Pay      I JEFFREY BOOKER
To the                             NOTIFICATION OF DEPOSIT NOT NEGOTIABLE
Order of 2296 TALBOT RIDGE
         JONESBORO     GA 30236
```

Child Development School
1501-D Thirteenth St

Columbus      GA 31901

M    CDS01251 BOOKER I JEFFREY
                                 I JEFFREY BOOKER

                                 2296 TALBOT RIDGE
                                 JONESBORO      GA 30236