

**Law Offices of Lee Mason, LLC**

101 Devant Street, Suites 904 & 905 • P. O. Box 143089
Fayetteville, GA 30214

(770) 692-0154 Phone • (770) 692-0156 Fax
lmason@camga.com.com • www.masonlawga.com

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 JUL 10 PM 2:06

M. REGINA THOMAS
BY_____
DEPUTY CLERK

July 8, 2015

Ijeffrey Booker
Bankruptcy case number 15-58579

Please withdrawal claim #3, proof of claim. If you have any question please contact Pam Charron (pcharron@camga.com).

Thank you very much.

Sincerely,

Law Offices of Lee Mason, LLC

By: _____
Lee Mason