UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING ORDER ENTERED ON DOCKET ON 10/16/17**

CASE NO.:      15-58579-LRC

DEBTOR:        IJEFFREY BOOKER

**TRUSTEE TO REPORT BACK**

WHETHER DEBTOR'S PAYMENTS ARE CURRENT.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

RECOMMENDS DISMISSAL BECAUSE: THE DEBTOR HAS FAILED TO COMPLY WITH THE PAYMENT TERMS OF THE ABOVE-STATED ORDER; THE TRUSTEE HAS NOT RECEIVED ANY PLAN PAYMENTS IN THIS CASE SINCE 7/10/18.

PLEASE ENTER AN ORDER OF DISMISSAL.

September 11, 2018

    __/s/_____
    Melissa J. Davey
    Chapter 13 Trustee
    GA Bar No. 206310

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

15-58579-LRC

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

Ijeffrey Booker
2296 Talbot Ridge
Jonesboro, GA 30236

ATTORNEY FOR DEBTOR:

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 11th day of September, 2018.


__/s/_____
Melissa J. Davey
Chapter 13 Trustee
GA Bar No. 206310



Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444